*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 19-BG-57**

IN RE DAVID A. WALKER

**2018 DDN 271**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 420695**

BEFORE: Beckwith and McLeese, Associate Judges, and Nebeker, Senior Judge.

**O R D E R**
(FILED – April 11, 2019)

On consideration of the certified order of the Supreme Court of New Jersey suspending respondent from the practice of law in that jurisdiction for a period of one year; this court's February 15, 2019, order suspending respondent and directing him to show cause why reciprocal discipline of a one-year suspension with a fitness requirement should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent has failed to file either a response to this court's show cause order or an affidavit as required by D.C. Bar R. XI, § 14(g), it is

ORDERED that David A. Walker is hereby suspended from the practice of law in the District of Columbia for a period of one year with reinstatement contingent on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files a D.C. Bar R. XI, § 14(g) affidavit.

**PER CURIAM**